Owen J. Peterson et al., Appellants, v Commerce Street Properties, Inc., Respondent.

Submitted June 30, 2008; decided September 9, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

James Shovak, Appellant, v Long Island Commercial Bank, Respondent.

Submitted June 16, 2008; decided September 9, 2008

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's cross motion for leave to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.